UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2 4 7 1

FILED
2008 AUG 11 AM 10:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Magistrate Case No._____ |
| v. | ) COMPLAINT FOR VIOLATION OF |
| Farhad ATIGHI | ) Title 18, U.S.C., Section 911 |
| Defendant. | ) False Claim to United States Citizenship |

The undersigned complainant being duly sworn states:

On or about **August 9, 2008**, within the Southern District of California, defendant **Farhad ATIGHI**, did falsely and willfully represent to an officer of United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

_____
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this **11th** day of **August, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Jose Haro declare under penalty of perjury the following to be true and correct:

On August 9, 2008 at approximately 5:12 AM, **Farhad ATIGHI (Defendant)**, traveled from Mexico to the San Ysidro, California Port of Entry. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer driving a white 1999 Volvo and applied for admission into the United States via vehicle primary lane 19. Defendant declared himself a United States Citizen and presented his valid California Driver's License. Defendant also stated he naturalized in 1996. As the Defendant was not in possession of any proof of citizenship, he was referred to secondary for further inspection.

Defendant was questioned by officers assigned to the secondary area as to his citizenship. Defendant stated he was a United States Citizen by virtue of Naturalization. He further stated he had applied for and received a United States Passport. Queries through various immigration and law enforcement databases revealed no record of the Defendant ever having been naturalized or having been issued a United States Passport.

Defendant was admonished of his rights per Miranda and agreed to questioning. Defendant admitted he was not a citizen of the United States. Defendant admitted representing himself as a United States Citizen to CBP Officers so he could go back home to San Marcos, California. Defendant was aware he was not a United States Citizen when he applied for admission into the United States.

Executed on this 9th day of **August 2008** at **1:30 PM**.

Jose Haro / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of one (1) page, I find probable cause to believe that the Defendant named therein committed the offense on **August 9, 2008** in violation of Title 18, United States Code, Section 911.

U.S. MAGISTRATE JUDGE

8/10/2008 at 11:00

DATE / TIME