FILED
SEP - 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08CR 2995 - WQH |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 18, U.S.C., Sec. 911 - |
| FARHAD ATIGHI, ) | False Claim to United States |
| ) | Citizenship (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about August 9, 2008, within the Southern District of California, defendant FARHAD ATIGHI, did falsely and willfully represent to a Department of Homeland Security, Customs and Border Protection Officer, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: 9/3/08

KAREN P. HEWITT
United States Attorney

FOR JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lml:8/15/08