

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| FARHAD ATIGHI | |
| | CASE NUMBER: _08-CR-2995-WQH_ |

I, __FARHAD ATIGHI__, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9-4-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_F. atto_
_____
FARHAD ATIGHI
Defendant

_____
KEITH H. RUTMAN
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JPME:lml:8/15/08